**Electronically Filed
Supreme Court
SCWC-12-0001021
10-AUG-2015
10:48 AM**

SCWC-12-0001021

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

RICHARD M. RUH,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001021; S.P.P. NO. 12-1-0003)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on June 29, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, August 10, 2015.

Jeffrey A. Hawk                     /s/ Mark E. Recktenwald
for petitioner
                                    /s/ Paula A. Nakayama

                                    /s/ Sabrina S. McKenna

                                    /s/ Richard W. Pollack

                                    /s/ Michael D. Wilson

